IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

  v.                           Case No. 2:06-cr-230-1

Jerry Gemeinhardt,

    Defendant,

  and

Auto Options, Inc.,

    Garnishee.

## ORDER

On October 27, 2017, a writ of continuing garnishment was entered in the above case. Defendant requested a hearing. On November 14, 2017, the post-garnishment matters were referred to the magistrate judge for a report and recommendation. On January 16, 2018, the parties filed a stipulation of settlement in which they agreed to the terms of garnishment. The parties asked the court to issue a garnishment order incorporating their agreement. See Doc. 79. This matter is now before the court on the January 17, 2018, magistrate judge's report and recommendation in which she recommended that the parties' request be granted.

The report and recommendation specifically advised the parties that objections to the report and recommendation were due within fourteen days, and that the failure to object to the report and recommendation "will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc.

80, p. 2. The time period for filing objections to the report and recommendation has expired, and no objections to the report and recommendation have been filed.

The court adopts the report and recommendation (Doc. 80). The motion of the parties (Doc. 79) is granted, and an order of garnishment will issue which incorporates the terms of the stipulated agreement.


Date: February 1, 2018              s/James L. Graham
                                    James L. Graham
                                    United States District Judge